## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

|  |  |
|---|---|
| **SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC.**<br>717 D Street, NW<br>Suite 300<br>Washington, D.C. 20004<br><br>and<br><br>**CHRISTOPHER D. BAKER**<br>717 D Street, NW<br>Suite 300<br>Washington, D.C. 20004<br><br>    Plaintiffs<br><br>v.<br><br>**THE SAN DIEGO UNION TRIBUNE**<br>350 Camino de La Reina<br>San Diego, CA 92108<br><br>**Serve on:**<br>**Registered Agent**<br>Harold W. Fuson<br>7776 Invanhoe Avenue<br>La Jolla, CA 9237<br><br>and<br><br>**THE COPLEY PRESS, INC.**<br>P.O. Box 1530<br>La Jolla, CA 92038<br><br>**Serve** on:<br>Registered Agent<br>Harold W. Fuson<br>7776 Invanhoe Avenue<br>La Jolla, CA 9237<br><br>    **Defendants** | **JURY TRIAL DEMANDED** |

## COMPLAINT

Comes Now, Plaintiffs Shirlington Limousine and Transportation, Inc., ("SL&T") and Christopher D. Baker ("Baker") and respectfully file this case against Defendants, the San Diego Tribune - Union. In support thereof, Plaintiffs allege the following:

### JURISDICTION AND VENUE

1. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332. Further, this Court may exercise supplemental jurisdiction over the pendant state-law claims pursuant to 28 U.S.C. §1367.

2. Venue is proper within the District of Columbia ("D.C.") because Plaintiffs conduct significant business in the District of Columbia and was injured in the District of Columbia as a result of Defendants' publications.

### PARTIES

3. Baker is a citizen of the United States, a primary resident of the State of Virginia with a residence as well in District of Columbia (D.C.).

4. SL&T is incorporated in the State of Virginia, is certified to do business in D.C. where it also houses its main office.

5. The Copley Press, Inc. Publishes several newspapers, operates a national wire service, and is headquartered in the state of Ohio.

6. The San Diego Union - Tribune ("Tribune") is located in San Diego, California and operates a press office with several employees in D.C. at the National Press Club.

## FACTS COMMON TOT ALL CLAIMS

7. On April 28, 2007, the Tribune published an article entitled: "*Co-Conspirators possible links to prostitute eyed.*"

8. On April 29, 2007 the Tribune published a second article entitled "Co-conspirator's alleged Prostitute link eyed; Feds examining Poway contractor's hotel- suite rentals. This article was also circulated electronically and otherwise through the country.

9. Both articles were written by Dean Calbreath..

10. Therein, Defendants falsely and/or inaccurately stated that:

    a. A limousine (owned by Plaintiffs) would pick up (former Congressman Duke) Cunningham and a prostitute and take them to the ADCS hospitality suite, and

    b. That Shirlington Limousine and Transportation Service of Northern Virginia brought prostitutes to the suite

11. The aforementioned published statements were made with reckless disregard for Plaintiffs' reputations and with malice and ill will.

12. Plaintiffs assert *respondeat superior*.

## COUNT I

### LIBEL

13. Paragraphs 1 through 12 are hereby incorporated by reference.

14. The aforementioned and inaccurate statements were designed to raise a cloud of suspicion and ill repute over Plaintiffs' dealings with former Congressman Duke Cunningham ("Cunningham"), to imply Plaintiffs' involvement in Cunningham's corruption schemes and to impugn Plaintiff's Bakers's personal and professional reputation.

15. Said false and/or inaccurate statements were relied upon by numerous other newspapers resulting in repeated stories, reports and media broadcasts which further damaged Plaintiffs' commercial and personal reputations.

16. Upon information and belief, the reporter herein knew or should have known - based upon his pre-publication investigations of the April 28 and 29, 2006 articles - that said information contained therein of and concerning Plaintiffs was either untrue and/or inaccurate.

17. By reason of the foregoing libelous statements made or caused to be made by Defendants, Plaintiffs have been injured in their good name, fame and credit, and brought into public disgrace, and infamy in their community, and furthermore suffered economic, commercial, emotional, psychological and political damage.

18. As a result of Defendants' aforementioned statements, Plaintiffs came under highly visible congressional and commercial scrutiny and personal attacks. A congressional subcommittee held a public hearing on SL&T, a Congressional Resolution was introduced calling for an investigation of SL&T, letters were written to the Department of Homeland Security ("DHS") calling for the cancellation of SL&T's federal contract with DHS, hundreds of media stories were published which repeated the false allegations, and SL$T's lease at Ronald Reagan Airport was terminated.

WHEREFORE, Plaintiffs respectfully pray this Court:

(a) Award compensatory damages in an amount in excess of twenty-five million dollars ($25,000,000);

(b) Award punitive damages in an amount in excess of twenty five million dollars ($25,000,000);

©) Award such further relief as this Court deems just and proper.

## COUNT II

### FALSE LIGHT

19.     Paragraphs 1 through 18 are hereby incorporated by reference.

20.     .Defendants' aforementioned statements were untrue, inaccurate and incomplete—and put Plaintiffs in a false light.

21.     Further, said false, inaccurate and/or incomplete statements caused substantial harm to Plaintiffs' respective reputations and significant emotional trauma to Defendant Baker.

WHEREFORE, Plaintiffs respectfully pray this Court:

(a)     Award compensatory damages in an amount in excess of twenty-five millions ($25,000,000); and

(b)     Award punitive damages in an amount in excess of twenty five million dollars ($25,000,000).

### JURY DEMAND

Plaintiffs request a **jury trial** on all issues.

Respectfully submitted,

**THE LAW OFFICES OF
DONALD M. TEMPLE, P.C.**

  /s/ Donald M. Temple, Esq.
Donald M. Temple P.C. #408749
1229 15th Street, NW
Washington, D.C. 20005
(202) 628-1101

**Attorney for Plaintiffs**

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Shirlington Limousine and Transportation, Inc. and Chris D. Baker

## DEFENDANTS
San Diego Union Tribune
The Copley Press, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Donald M. Temple, P.C.
Donald M. Temple, Esq. 408749
1229 15th Street, NW, Washington, D.C. 20005
Washington, D.C. 20005
202-628-1101

Case: 1:07-cv-00785
Assigned To : Lamberth, Royce C.
Assign. Date : 4/30/2007
Description: PI/MALPRACTICE

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ☒ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☒ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(2)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Jurisdiction 28 U.S.C. Section 1332   Libel Slander and False Light

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 100,000,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE   April 30, 2007   SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.