IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC., et al. ) | |
| ) | |
| **Plaintiffs** ) | Civil Action No. 07-785 (RCL) |
| v. ) | |
| THE SAN DIEGO UNION TRIBUNE, et al. ) | |

### STATUS MEMORANDUM

Counsel for Plaintiffs submits this memorandum to update the court in Plaintiffs' efforts to execute service upon Defendants in the immediate case. Although, Plaintiffs have secured the services of a professional process server, Counsel has been informed by the process server that service has not been completed.

Plaintiffs' Counsel has been advised by the process server that the complaint and summons will be served upon all Defendants within the time prescribed by the court.

Respectfully submitted,

___/S/_____
Donald M. Temple, Esq. 408749
Donald M. Temple P.C.
1229 15th Street, NW
Washington, D.C. 20005
(202) 628-1101
(202) 628-1149 facsimile
Dtemplelaw@aol.com

Counsel for Plaintiffs