# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| **SHIRLINGTON LIMOUSINE AND** | | |
| **TRANSPORTATION, INC., et al.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiffs** | ) | **Civil Action No. 07-785 (RCL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE SAN DIEGO UNION TRIBUNE, et al.** | ) | |

## MOTION FOR EXTENSION OF TIME
## IN WHICH TO SERVE SUMMONS UPON DEFENDANTS

COMES NOW Plaintiffs, by and through undersigned counsel, and respectfully files, this motion for

an Extension of Time in Which to Serve Summons Upon Defendants. Reasons in support of this motion are

set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully Submitted,


___/S/_____
Donald M. Temple #408749
1229 15th Street N.W.
Washington, D.C. 20005
(202) 628-1101
***Attorney for Plaintiffs***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |  |
|---|---|---|
| **SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC., et al.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiffs** | ) | **Civil Action No. 07-785 (RCL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE SAN DIEGO UNION TRIBUNE, et al.** | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**MOTION TO EXTENSION OF TIME IN WHICH TO SERVE SUMMONS UPON**
**DEFENDANTS**

COMES NOW Plaintiffs, by and through the undersigned Counsel and hereby submits this

Memorandum of Points and Authorities in Support of its Motion to Extension of Time in Which to Serve

Summon Upon Defendant.

1.      Plaintiff filed his original complaint in this case on April 30, 2007.

2.      Plaintiffs counsel is in need of an additional (20) days in which to obtain research

information in preparation of securing service and filing proof thereof with this court.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant an extension of time

of twenty (20) days in which to serve Defendants in this case.

Respectfully submitted,

/S/
Donald M. Temple #408749
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101
***Attorney for Plaintiffs***

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

|  |  |  |
|---|---|---|
| **SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC., et al.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiffs** | ) | **Civil Action No. 07-785 (RCL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE SAN DIEGO UNION TRIBUNE, et al.** | ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Extension of Time in Which to Serve Summons Upon Defendants, it is this _____ day of _____ 2007.

**ORDERED**, that the above-referenced motion is **GRANTED** and it is

**SO ORDERED**, that Plaintiff shall have an additional twenty (20) days in which to execute service.

_____
**ROYCE C. LAMBERTH**

Copies to:

Donald M. Temple, Esquire
1229 15th Street, N.W.
Washington, D.C. 20005