UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-785 (RCL) |
| SAN DIEGO UNION TRIBUNE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of Plaintiff's Motion [4] for Extension of Time in Which to Serve Summons Upon Defendants, it is hereby

ORDERED that the above-referenced motion is GRANTED and it is further

ORDERED, that Plaintiff shall have an additional twenty (20) days in which to execute service.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on August 27, 2007.