UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**SHIRLINGTON LIMOUSINE, et al.**

    **Plaintiff**

v.                                                          No: 07-785 (RCL)

**THE SAN DIEGO UNION TRIBUNE, Inc., et al.**

    **Defendant.**

**AFFIDAVIT OF SERVICE BY EXPRESS MAIL**

    I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

    On September 18, 2007, at 11:20 A.M. , U.S. Postal Service has confirmed delivery receipt of Complaint and Summons on The San Diego Union Tribune registered agent Harold W. Fuson.

I declare under penalty of perjury that the foregoing is true and correct.

_____/S/_____
Dequan Bogan