UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**SHIRLINGTON LIMOUSINE, et al.**

  **Plaintiff**

v.                No: 07-785 (RCL)

**THE SAN DIEGO UNION TRIBUNE, Inc., et al.**

  **Defendant.**

**AFFIDAVIT OF SERVICE BY EXPRESS MAIL**

  I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

  On September 18, 2007, at 11:20 A.M. , U.S. Postal Service has confirmed delivery receipt of Complaint and Summons on The Copley Press, Inc. registered agent Harold W. Fuson.

I declare under penalty of perjury that the foregoing is true and correct.

_____/S/_____
Dequan Bogan

Case 1:07-cv-00785-RCL    Document 7    Filed 09/19/2007    Page 2 of 2