IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC., et al. ) ) ) ) ) **Plaintiffs** ) ) v. ) ) **THE SAN DIEGO UNION TRIBUNE, et al.** ) | Civil Action No. 07-785 (RCL) |

### RETURN OF EXECUTED SUMMONS

Attached is a copy of Plaintiff's affidavit for proof of service executed upon

THE COPLEY PRESS, INC.

Respectfully Submitted,

___/S/_____
Donald M. Temple #408749
1229 15th Street N.W.
Washington, D.C. 20005
(202) 628-1101
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**SHIRLINGTON LIMOUSINE, et al.**

    **Plaintiff**

v.                                                                                   No: 07-785 (RCL)

**THE SAN DIEGO UNION TRIBUNE, Inc., et al.**

    **Defendant.**

## AFFIDAVIT OF SERVICE BY EXPRESS MAIL

I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

On September 18, 2007, at 11:20 A.M. , U.S. Postal Service has confirmed delivery receipt of Complaint and Summons on The Copley Press, Inc. registered agent Harold W. Fuson.

I declare under penalty of perjury that the foregoing is true and correct.

_____/S/_____
Dequan Bogan