IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC., et al.** ) | |
| ) | |
| **Plaintiffs** ) | Civil Action No. 07-785 (RCL) |
| ) | |
| **v.** ) | |
| ) | |
| **THE SAN DIEGO UNION TRIBUNE, et al.** ) | |

### RETURN OF EXECUTED SUMMONS

Attached is a copy of Plaintiff's affidavit for proof of service executed upon THE SAN DIEGO UNINON TRIBUNE.

Respectfully Submitted,

\_\_\_/S/_____
Donald M. Temple #408749
1229 15th Street N.W.
Washington, D.C. 20005
(202) 628-1101
***Attorney for Plaintiffs***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**SHIRLINGTON LIMOUSINE, et al.**

    **Plaintiff**

v.                                                    No: 07-785 (RCL)

**THE SAN DIEGO UNION TRIBUNE, Inc., et al.**

    **Defendant.**

**AFFIDAVIT OF SERVICE BY EXPRESS MAIL**

    I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

    On September 18, 2007, at 11:20 A.M. , U.S. Postal Service has confirmed delivery receipt of Complaint and Summons on The San Diego Union Tribune registered agent Harold W. Fuson.

I declare under penalty of perjury that the foregoing is true and correct.

_____/S/_____
Dequan Bogan