IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| **SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC., et al.** | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 07-785 (RCL) |
| v. | ) ) ) | |
| **THE SAN DIEGO UNION TRIBUNE, et al.** | ) | |

**AMENDED RETURN OF EXECUTED SUMMONS**

Attached is a copy of Plaintiff's corrected affidavit for proof of service executed upon

THE COPLEY PRESS, INC.

Respectfully Submitted,

___/S/_____
Donald M. Temple #408749
1229 15th Street N.W.
Washington, D.C. 20005
(202) 628-1101
*Attorney for Plaintiff*s

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

**SHIRLINGTON LIMOUSINE, et al.**

    **Plaintiff**

v.                                                                                    No: 07-785 (RCL)

**THE SAN DIEGO UNION TRIBUNE, Inc., et al.**

    **Defendant.**

**AFFIDAVIT OF SERVICE BY EXPRESS MAIL**

    I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

    On September 18, 2007, at 11:20 A.M. , U.S. Postal Service has confirmed delivery receipt of Complaint and Summons on The Copley Press, Inc.  registered agent Harold W. Fuson.  Service was mailed on September 17, 2007 to Copley Press Inc. registered agent.

I declare under penalty of perjury that the foregoing is true and correct.

_____/S/_____
Dequan Bogan