UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE SAN DIEGO UNION-TRIBUNE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 07-0785 (RCL) |

## ORDER

Upon full consideration of defendants' Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction or in the Alternative for Improper Venue [14], the entire record herein, and the applicable law, it is hereby

ORDERED that defendants' motion is GRANTED. It is further hereby

ORDERED that plaintiffs' claims are dismissed for lack of jurisdiction.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on July 24, 2008.